```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  Federal Building Suite 4401
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5

 6

 7

 8             IN THE UNITED STATES DISTRICT COURT FOR THE

 9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   1:07-cr-00269-AWI
                                 )
12             Plaintiff,        )   STIPULATION TO CONTINUE STATUS
                                 )   CONFERENCE AND ORDER
13        v.                     )
                                 )
14                               )
    SERGIO SANTACRUZ,            )   Date: November 21, 2011
15                               )   Time: 9:00 A.M.
               Defendant.        )   Courtroom Two
16  ─────────────────────────────)   Honorable Anthony W. Ishii

17
```

18      IT IS HEREBY STIPULATED by and between the parties through

19 their respective counsel, that the current status conference set

20 for October 24, 2011, at 9:00 a.m., be continued to November 21,

21 2011, at 9:00 a.m. before the Honorable Anthony W. Ishii, United

22 States District Court Judge.

23      The parties further stipulate and agree that the time between

24 October 24, 2011, and November 21, 2011 be excluded from the

25 calculation of time under the Speedy Trial Act.  The parties

26 stipulate that the ends of justice are served by the Court

27 excluding such time, so that counsel for the defendant may have

28 time necessary for effective preparation, taking into account the

                                1

exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(B)(iv).
Specifically, the parties additional need time to review the
discovery so offers can be formulated and evaluated.  The parties
stipulate and agree that the ends of justice served by granting
this continuance outweigh the best interests of the public and the
defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A).

DATED: October 20, 2011              BENJAMIN B. WAGNER
                                     United States Attorney


                                     By /s/Laurel J. Montoya
                                     LAUREL J. MONTOYA
                                     Assistant U.S. Attorney


DATED: October 20, 2011              /S/ Richard Beshwate, Jr.
                                     RICHARD BESHWATE, JR.
                                     Attorney for Defendant
                                     Sergio Santacruz


**ORDER**

   IT IS HEREBY ORDERED, that the Status Conference hearing of
October 24, 2011 at 9:00 a.m. be continued to November 21, 2011
at 9:00 a.m.  Time shall be excluded to and through that date.
For the reasons set forth above, the continuance requested is
granted for good cause and the Court finds the ends of justice
outweigh the interests of the public and the defendant in a speedy
trial.

IT IS SO ORDERED.

Dated:      October 20, 2011         _____
                                     CHIEF UNITED STATES DISTRICT JUDGE