```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10  UNITED STATES OF AMERICA,     )  CASE NO. 1:07-cr-00269-AWI
                                  )
11           Plaintiff,           )  STIPULATION TO CONTINUE STATUS
                                  )  CONFERENCE AND ORDER
12      v.                        )
                                  )
13  SERGIO SANTACRUZ,             )
                                  )  DATE: April 23, 2012
14           Defendant.           )  TIME: 10:00 a.m.
                                  )  PLACE: Courtroom Two
15                                )  Hon. Anthony W. Ishii
    _____ )
16
```

17      IT IS HEREBY STIPULATED by and between the parties through

18 their respective counsel, that the current status conference set

19 for March 5, 2012, at 10:00 a.m., be continued to April 23, 2012,

20 at 1:00 p.m., before the Honorable Anthony W. Ishii, United States

21 District Judge.

22      The parties further stipulate and agree that the time between

23 March 5, 2012, and April 23, 2012 be excluded from the calculation

24 of time under the Speedy Trial Act.  The parties stipulate that

25 the ends of justice are served by the Court excluding such time,

26 so that counsel for the defendant may have time necessary for

27 effective preparation, taking into account the exercise of due

28 diligence.  18 U.S.C. §§ 3161(h)(7)(B)(iv).  Specifically, an

offer has been extended in this matter however defense counsel has not had an opportunity to meet with the defendant.  The defendant is housed in the Lerdo facility located in Kern County and interviews need to be scheduled at least one (1) week in advance. Defense counsel was not able to schedule an interview at the Lerdo facility prior to the hearing scheduled for March 5, 2012 due to defense counsel's calendar.  Since the last hearing in this matter, defense counsel has been in court for numerous hearings on a capital homicide matter as well as other matters that required his presence.  The parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A).

DATED: March 1, 2012  
BENJAMIN B. WAGNER  
United States Attorney

By /s/Laurel J. Montoya  
LAUREL J. MONTOYA  
Assistant U.S. Attorney


DATED: March 1, 2012  
/s/ Richard Beshwate, Jr.  
RICHARD BESHWATE, JR.  
Attorney for Defendant

//
//
//
//
//
//
//

2

**ORDER**

IT IS HEREBY ORDERED, that the Status Conference hearing of March 5, 2012, at 10:00 a.m. be continued to April 23, 2012, at 10:00 a.m. Time shall be excluded to and through that date. For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial. IT IS SO ORDERED.

Dated: _____March 1, 2012_____  _____
CHIEF UNITED STATES DISTRICT JUDGE