BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite. 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorney for PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:07-CR-000269-AWI |
|---|---|
| Plaintiff, | GOVERNMENT'S REQUEST TO DISMISS INDICTMENT AND ORDER |
| v. | [Fed.R.Crim.Proc. 48(a)] |
| JESUS ZAPIEN PEREZ, | |
| Defendant. | |

    Comes now the United States, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and LAUREL J. MONTOYA, Assistant United States Attorney, and request leave of the Court to dismiss the Indictment and recall the arrest warrant in this case, as to the above-named defendant, in the interest of justice.

Dated: September 12, 2012      Respectfully submitted,

    BENJAMIN B. WAGNER
    United States Attorney

    By: /s/ Laurel J. Montoya
    LAUREL J. MONTOYA
    Assistant U.S. Attorney

///

///

///

Zapien Perez Dismissal of Indictment

1

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated:   September 13, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE